UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**PAMELA S. ANTON**, an individual,

       Plaintiff,

                              Case No. 01-40098

-vs-

                              Hon. Sean F. Cox

**SBC GLOBAL SERVICES, INC.**, d/b/a
**AMERITECH INFORMATION SYSTEMS,
INC.**, a/k/a **AMERITECH**, a/k/a
**SBC/Ameritech**, a Delaware corporation,

       Defendant.

_____/

| | |
|---|---|
| **COUZENS, LANSKY, FEALK, ELLIS,**<br>  **ROEDER & LAZAR, P.C.**<br>David A. Lawrence (P48630)<br>Phillip L. Sternberg (P28435)<br>Attorneys for Plaintiff<br>39395 W. Twelve Mile Road, Suite 200<br>Farmington Hills, MI  48331<br>(248) 489-8600 | **DICKINSON WRIGHT PLLC**<br>Maurice G. Jenkins (P33083)<br>David R. Deromedi (P42093)<br>Michelle L. Alamo (P60684)<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226<br>(313) 223-3048 |
| **LAW OFFICE OF DAVID L. MARTIN**<br>David L. Martin (P42636)<br>Ian S. VanHuysen (P62839)<br>Co-Counsel for Plaintiff<br>1119 Adams St., 2nd Floor<br>Toledo, OH  43624<br>(419) 243-3800 | Albert Calille (P26819)<br>Ameritech<br>Co-Counsel for Defendant<br>444 Michigan Avenue, Room 1750<br>Detroit, MI  48226<br>(313) 223-0964 |

_____/

## **JUDGMENT**

    At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on  September 14, 2007.

    PRESENT:  HON. _____Sean F. Cox_____
                                U.S. District Court Judge

This action came on for trial before the Court and a jury. Honorable Sean F. Cox, United States District Court Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff recover from the Defendant the sum of $3,832,554, with interest thereon pursuant to MCL 600.6013, and her taxable costs of action.

                                                    s/ Sean F. Cox
                                                    **U.S. District Court Judge**

**APPROVED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| **COUZENS, LANSKY, FEALK, ELLIS,**<br>  **ROEDER & LAZAR, P.C.** | **DICKINSON WRIGHT PLLC** |
| **By:** /s/ David A. Lawrence<br>    David A. Lawrence (P48630)<br>    Phillip L. Sternberg (P28435)<br>**Attorneys for Plaintiff**<br>39395 W. Twelve Mile Road, Suite 200<br>Farmington Hills, MI  48331<br>(248) 489-8600 | **By:** /s/ David R. Deromedi (with consent)<br>    David R. Deromedi (P42093)<br>    Michelle L. Alamo (P60684)<br>**Attorneys for Defendant**<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226<br>(313) 223-3048 |
| **Dated:  September 14, 2007** | **Dated:  September 14, 2007** |