```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3     PAMELA S. ANTON, an individual,

 4                    Plaintiff,

 5        -v-                                    Case No. 01-40098

 6     SBC GLOBAL SERVICES, INC.,

 7                    Defendant./

 8     CHERYL FREEMAN SNIPES, an individual,

 9                    Plaintiff,

10        -v-                                    Case No. 01-40213

11     SBC GLOBAL SERVICES, INC.,

12                    Defendant./
```

**JURY VERDICT**
**BEFORE THE HONORABLE SEAN F. COX**
United States District Court
257 U.S. Courthouse
231 West Lafayette
Detroit, Michigan 48226
**(Tuesday, August 28, 2007)**

```
17     APPEARANCES:        DAVID A. LAWRENCE, ESQUIRE
                           DAVID L. MARTIN, ESQUIRE
18                         PHILLIP L. STERNBERG, ESQUIRE
                           Appearing on behalf of the Plaintiff.
19
                           DAVID R. DEROMEDI, ESQUIRE
20                         MICHELLE ALAMO, ESQUIRE
                           Appearing on behalf of the Defendant.
21

22     REPORTED BY:        MARIE METCALF, CSMR, CVR, CM
                           Official Court Reporter
23                         257 U.S. Courthouse
                           231 W. Lafayette
24                         Detroit, Michigan 48226
                           (313)962-3832
25
```

```
 1                        I N D E X

 2

 3     Proceedings - Tuesday, August 28, 2007

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*VERDICT*

| | |
|---|---|
| 1 | Detroit, Michigan |
| 2 | Tuesday, August 28, 2007 |
| 3 | At about 3:09 p.m. |
| 4 | * * * |
| 5 | DEPUTY COURT CLERK: United States |
| 6 | District Court for the Eastern District of Michigan is |
| 7 | now in session, the Honorable Sean Cox, United States |
| 8 | District Court, presiding. |
| 9 | Please be seated. |
| 10 | The Court calls case numbers 01-40098 and |
| 11 | 01-40213, Pamela Anton and Cheryl Freeman Snipes versus |
| 12 | SBC Global Services, Incorporated. |
| 13 | Will counsel please state their |
| 14 | appearances for the record? |
| 15 | MR. LAWRENCE: Good afternoon, Your Honor. |
| 16 | David Lawrence on behalf of plaintiffs, along with David |
| 17 | Martin and Phil Sternberg for the record, who was in |
| 18 | court today and could not be here. |
| 19 | THE COURT: Good afternoon. |
| 20 | MR. LAWRENCE: Good afternoon. |
| 21 | MR. DEROMEDI: Good afternoon, Your Honor. |
| 22 | David Deromedi on behalf of defendant, along with |
| 23 | Michelle Alamo. |
| 24 | THE COURT: And good afternoon. As you |
| 25 | are aware and as we have shared with you, the jury has |

*VERDICT*

```
 1    provided us with a note that they have reached a verdict.
 2                    Are the plaintiffs ready to receive the
 3    verdict?
 4                    MR. LAWRENCE:  We are, Your Honor.
 5                    THE COURT:  Defense?
 6                    MR. DEROMEDI:  Yes, Your Honor.
 7                    THE COURT:  All right.  Let's bring the
 8    jury out.
 9                    DEPUTY COURT CLERK:  All rise.
10                       (Jury in at 3:10 p.m.)
11                    DEPUTY COURT CLERK:  Please be seated.
12                    THE COURT:  All right.  Will the
13    foreperson please rise?
14                    Has the jury agreed upon a verdict?
15                    JUROR SEAT NUMBER THREE:  Yes.
16                    THE COURT:  Could you please hand the
17    verdict forms to our clerk?
18                    JUROR SEAT NUMBER THREE:  (Complies).
19                    THE COURT:  Okay.  I'm first going to read
20    the verdict regarding Pamela Anton.
21                    First question, "Did SBC breach the
22    implied contract for the payment of commissions to Pamela
23    Anton on her sale of the CCI Data Services Agreement?"
24    The jury answers "Yes."
25                    Question two, "How much commission is owed
```

Case 2:01-cv-40098-SFC   Document 256   Filed 09/10/08   Page 5 of 14

*VERDICT*

```
 1    to Pamela Anton?"  The jury has awarded $3,141,400.
 2                    Do either one of you wish to have the jury
 3    polled with respect to the verdict as to Ms. Anton?
 4                    MR. LAWRENCE:  Plaintiffs do not, Your
 5    Honor.
 6                    MR. DEROMEDI:  No, Your Honor.
 7                        (Sidebar conference held off the
 8                         record)
 9                    THE COURT:  Mr. Deromedi, do you wish to
10    have the jury polled?
11                    MR. DEROMEDI:  Yes, Your Honor.
12                    THE COURT:  Ms. Hernandez, this, of
13    course, is the verdict as to Ms. Anton.
14                    DEPUTY COURT CLERK:  Thank you.
15                    Will the jury please stand and raise your
16    right hand?
17                        (Jury sworn)
18                    Thank you.  Please be seated.
19                    In the matter of Pamela S. Anton, question
20    number one on the verdict form, "Did SBC breach the
21    implied contract for payment of commissions to Pamela
22    Anton on her sale of the CCI Data Services Agreement?"
23    The answer is "yes."
24                    Members of the jury, is that your verdict?
25                    JURORS:  Yes.
```

*VERDICT*

1    DEPUTY COURT CLERK: Question number two
2    on the verdict form.  "How much commission is owed to
3    Pamela Anton?"  "$3,141,400."
4            Was that your answer?
5            JURORS: Yes.
6            DEPUTY COURT CLERK: Juror in seat number
7    one, as you heard me read the verdict form, was that and
8    is that your verdict?
9            JUROR SEAT NUMBER ONE:  Yes.
10           DEPUTY COURT CLERK: Juror in seat number
11   two, as you heard me read the verdict form, was that and
12   is that your verdict?
13           JUROR SEAT NUMBER TWO:  Yes.
14           DEPUTY COURT CLERK: Juror in seat number
15   three, as you heard me read the verdict form, was that
16   and is that your verdict?
17           JUROR SEAT NUMBER THREE:  Yes.
18           DEPUTY COURT CLERK: Juror in seat number
19   four, as you heard me read the verdict form, was that and
20   is that your verdict?
21           JUROR SEAT NUMBER FOUR:  Yes.
22           DEPUTY COURT CLERK: Juror in seat number
23   five, as you heard me read the verdict, was that and is
24   that your verdict?
25           JUROR SEAT NUMBER FIVE:  Yes.

*VERDICT*

1  DEPUTY COURT CLERK:  Juror in seat number
2  six, as you heard me read the verdict, was that and is
3  that your verdict?
4  JUROR SEAT NUMBER SIX:  Yes.
5  DEPUTY COURT CLERK:  And juror in seat
6  number eight, as you heard me read the verdict, was that
7  and is that your verdict?
8  JUROR SEAT NUMBER EIGHT:  Yes.
9  DEPUTY COURT CLERK:  Thank you.
10  THE COURT:  Mr. Deromedi, are you
11  satisfied with the polling of the jury as to the verdict
12  regarding Ms. Anton?
13  MR. DEROMEDI:  Yes, Your Honor.
14  THE COURT:  Mr. Lawrence?
15  MR. LAWRENCE:  I am, Your Honor.
16  THE COURT:  All right.  Any other issues
17  regarding Ms. Anton, Mr. Lawrence?
18  MR. LAWRENCE:  There are two matters that
19  were agreed to be for your attention only, Your Honor.
20  THE COURT:  Regarding the verdict.
21  MR. LAWRENCE:  I'm sorry.  No, Your Honor.
22  THE COURT:  Mr. Deromedi?
23  MR. DEROMEDI:  No, Your Honor.
24  THE COURT:  All right.  Turning now to the
25  jury's verdict in the matter of Cheryl Freeman Snipes

7

1  versus SBC.
2              Question number one, "Did SBC breach the
3  implied contract for the payment of commissions to Cheryl
4  Freeman Snipes on her sale of the CCI Data Services
5  Agreement?"  The jury answers, "Yes."
6              Question number two, "How much commission
7  is owed to Cheryl Freeman Snipes?"  And what I'm going to
8  do right now, I'm going to hand the verdict form back to
9  the foreperson and ask the foreperson to look at that
10 number and make sure it's clearly legible for me.  Okay?
11             JUROR SEAT NUMBER THREE:  Do you want me
12 to rewrite it?
13             THE COURT:  There's a number there that
14 I'm not sure what the second number -- is that a nine?
15             JUROR SEAT NUMBER THREE:  The second
16 number is a five.
17             THE COURT:  Okay.  Could you make sure
18 it's legible?
19             JUROR SEAT NUMBER THREE:  (Complies).
20             THE COURT:  Okay.  Again, question number
21 two, "How much commission is owed to Cheryl Freeman
22 Snipes?"  And the jury's award is $3,510,540.
23             Mr. Lawrence, do you wish the jury polled?
24             MR. LAWRENCE:  No, Your Honor.
25             THE COURT:  Mr. Deromedi?

*VERDICT*

1        MR. DEROMEDI:  Yes, Your Honor.
2        DEPUTY COURT CLERK:  In the matter of
3    Cheryl Freeman Snipes versus SBC Global Services,
4    question number one of the verdict form, "Did SBC breach
5    the implied contract for payment of commission to Cheryl
6    Freeman Snipes on her sale of the CCI Data Services
7    Agreement?"  The answer is "yes."
8        Members of the jury, is that your verdict?
9        JURORS:  Yes.
10       DEPUTY COURT CLERK:  As to question number
11   two, "How much commission is owed to Cheryl Freeman
12   Snipes?"  "$3,510 --" excuse me.  "3,510,540."
13       Members of the jury, is that your verdict?
14       JURORS:  Yes.
15       DEPUTY COURT CLERK:  Juror in seat number
16   one, as you heard me read the verdict, was that and is
17   that your verdict?
18       JUROR SEAT NUMBER ONE:  Yes, it is.
19       DEPUTY COURT CLERK:  Juror in seat number
20   two, as you heard me read the verdict, was that and is
21   that your verdict?
22       JUROR SEAT NUMBER TWO:  Yes.
23       DEPUTY COURT CLERK:  Juror in seat number
24   three, as you heard me read the verdict, was that and is
25   that your verdict?

*VERDICT*

```
 1                JUROR SEAT NUMBER THREE:  Yes.
 2                DEPUTY COURT CLERK:  Juror in seat number
 3   four, as you heard me read the verdict, was that and is
 4   that your verdict?
 5                JUROR SEAT NUMBER FOUR:  Yes.
 6                DEPUTY COURT CLERK:  Juror in seat number
 7   five, as you heard me read the verdict, was that and is
 8   that your verdict?
 9                JUROR SEAT NUMBER FIVE:  Yes.
10                DEPUTY COURT CLERK:  Juror in seat number
11   six, as you heard me read the verdict, was that and is
12   that your verdict?
13                JUROR SEAT NUMBER SIX:  Yes.
14                DEPUTY COURT CLERK:  And juror in seat
15   number eight, as you heard me read the verdict, was that
16   and is that your verdict?
17                JUROR SEAT NUMBER EIGHT:  Yes.
18                DEPUTY COURT CLERK:  Thank you.
19                THE COURT:  All right.  Mr. Deromedi, are
20   you satisfied with the polling of the jury?
21                MR. DEROMEDI:  Yes, Your Honor.
22                THE COURT:  Mr. Lawrence?
23                MR. LAWRENCE:  Yes, Your Honor.
24                THE COURT:  All right.  Any other issues
25   before I excuse the jury?
```

*VERDICT*

1      MR. LAWRENCE:  No, Your Honor.
2      MR. DEROMEDI:  None.
3      THE COURT:  Members of the jury, thank you
4  very much for being with us these last, what, two
5  and-a-half weeks.  You were a very conscientious jury.
6  You worked very hard.  You paid attention.  It was a long
7  trial, you did pay attention.  And we're very thankful
8  for your service here to our court.
9      You are excused from further service with
10 us.  However, I would ask that you all please return to
11 the jury room and I'll be there in a moment to speak with
12 you.
13     Thank you very much.
14     DEPUTY COURT CLERK:  All rise.
15          (Jury out at 3:20 p.m.)
16     DEPUTY COURT CLERK:  Please be seated.
17     THE COURT:  Okay.  Any other issues before
18 I excuse you?
19     MR. LAWRENCE:  There is, Your Honor.  We
20 filed an additional stipulation for trial.  It was
21 document number 206 in the Anton case.  That stipulation
22 provides that if the jury finds that additional
23 commissions are due to plaintiff, Pamela Anton, she shall
24 be further entitled to a quarterly multiplier bonus equal
25 to an additional 21 percent of the commissions awarded.

```
1    The Judge, not the jury, shall make this calculation,
2    paren, i.e. point two one times the commission due equals
3    the quarterly multiplier bonus, close paren, and add it
4    to the judgment amount for plaintiff, Pamela Anton.
5                   That was our stipulation -- we had agreed
6    to take that away from the jury since it was a simple
7    math calculation.
8                   THE COURT:  Okay.  So --
9                   MR. LAWRENCE:  You take the verdict amount
10   and add another 21 percent to it for Ms. Anton's
11   judgment.
12                  THE COURT:  That's fine.
13                  MR. LAWRENCE:   We can do the math, Judge.
14                  THE COURT:  We don't need a jury.
15                  MR. MARTIN:  That's correct.
16                  THE COURT:  Okay.  All right.  Anything
17   else?
18                  MR. DEROMEDI:  No, Your Honor, nothing
19   from our end.
20                  MR. LAWRENCE:  One other thing, Your
21   Honor, is that plaintiffs would like to move for
22   statutory interest under the Michigan statute at the
23   appropriate rate, which I apologize, I didn't check in
24   the bar journal for that, but we can certainly do the
25   calculation.
```

*VERDICT*

1   THE COURT:  You can make that motion, but
2   I would suggest -- obviously, you've preserved it.
3   MR. LAWRENCE:  That's correct.
4   THE COURT:  But if you're going to make
5   such a request, you're going to have to put it in writing
6   and give me the authority.
7   MR. LAWRENCE:  Very well.
8   Nothing further, Your Honor.
9   MR. DEROMEDI:  Nothing further, Your
10  Honor.
11  THE COURT:  Okay.  This was a very well
12  tried case.  The parties worked very hard, very hard.
13  You never know what a jury is going to do with a case.
14  So I mean, I'm sure one side is very elated, the other
15  side is very disappointed.  But all your clients were
16  provided with excellent representation.
17  So whatever little that may mean.  Okay.
18  MR. LAWRENCE:  Thank you, Your Honor.
19  MR. DEROMEDI:  Thank you, Your Honor.
20  DEPUTY COURT CLERK:  All rise.
21  (Court in recess at 3:23 p.m.)
22  \*   \*   \*
23
24
25

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13              C E R T I F I C A T I O N
14          I, Marie J. Metcalf, Official Court
15  Reporter for the United States District Court,
16  Eastern District of Michigan, Southern Division,
17  appointed pursuant to the provisions of Title 28,
18  United States Code, Section 753, do hereby certify
19  that the foregoing is a correct transcript of the
20  proceedings in the above-entitled cause on the date
21  hereinbefore set forth.
22          I do further certify that the foregoing
23  transcript has been prepared by me or under my direction.
24  \s\Marie J. Metcalf                          _____
25  Marie J. Metcalf, CSMR-3274, CVR, CM         (Date)
```